```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
HVN CLOTHING, INC. et al.,                                              :
                         Plaintiffs,                                    :
                                                                        :    22-CV-0027 (JMF)
        -v-                                                             :
                                                                        :           ORDER
                                                                        :
LOMEWAY E-COMMERCE (LUXEMBOURG)                                         :
LIMITED, doing business as Zaful,                                       :
                                                                        :
                         Defendant.                                     :
                                                                        :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that all parties appear for a conference with the Court on **January 10, 2022,** at **10:15 a.m.** regarding Plaintiffs' motion for a temporary restraining order and preliminary injunction, *see* ECF No. 11.  The conference will be held remotely by telephone in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

Plaintiffs shall **immediately** serve a copy of this Order on Defendant by emailing Defendant's legal department and outside counsel, as stated in Plaintiffs' January 6, 2022 letter.  *See* ECF No. 16 at 2.  Prior to the conference, Plaintiffs shall file (and submit to Chambers by email in Word format) a proposed Order for a temporary restraining order.  Plaintiffs shall also serve their proposed Order on Defendant.

SO ORDERED.

Dated: January 7, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge