UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
:
HVN CLOTHING, INC. et al., :
                       Plaintiffs, :
:     22-CV-0027 (JMF)
     -v- :
:     <u>ORDER</u>
:
LOMEWAY E-COMMERCE (LUXEMBOURG) :
LIMITED, *doing business as* Zaful, :
:
                      Defendant. :
:
-------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 28, 2022, Plaintiffs filed a motion to enforce the settlement agreement.  *See* ECF No. 46.  Defendants shall file any response by May 13, 2022.  Any reply shall be filed by May 20, 2022.

      SO ORDERED.

Dated: April 29, 2022
       New York, New York

                                               _____
                                               JESSE M. FURMAN
                                          United States District Judge